PROB 12C
(7/93)

Report Date: January 9, 2013

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN - 9 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Brady Martin Olds          Case Number: 2:01CR00066-001

Address of Offender:          Spokane, WA 99205

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: 10/10/2001

| | |
|---|---|
| Original Offense: | Conspiracy to Endanger Human Life with Illegally Manufacturing a Controlled Substance, 21 U.S.C. § 846 |
| Original Sentence: | Prison - 120 Months; TSR - 36 Months |
| Asst. U.S. Attorney: | Pamela J. Byerly |
| Defense Attorney: | Roger Peven |

Type of Supervision: Supervised Release

Date Supervision Commenced: 4/29/2010

Date Supervision Expires: 4/28/2013

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance
---|---

1 | **Mandatory Condition # 4**: The offender shall refrain from any unlawful use of a controlled substance. The offender shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

**Supporting Evidence**: The offender submitted a urine sample to ADEPT services on January 4, 2013, which tested presumptive positive for methamphetamine. On January 8, 2013, Mr. Olds reported to Sun Ray Court inpatient treatment facility as directed. Their staff reported he was under the influence of cocaine and methamphetamine. As a result, he was directed to report to Spokane Detox.

2 | **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

Prob12C
**Re: Olds, Brady Martin**
January 9, 2013
Page 2

**Supporting Evidence**: On January 3, 2013, Mr. Olds was ordered by the Court to attend an inpatient treatment program due to his continued drug use. Mr. Olds completed his substance abuse assessment as directed, and a bed date was secured at Sun Ray Court for admission on January 8, 2013. Brady Olds reported to Sun Ray Court on January 8, 2013, however, was under the influence of illegal substances and was directed to report to Spokane Detox.

On January 9, 2013, the undersigned officer contacted Spokane Detox to verify Mr. Olds reported to their facility the previous day. Staff with Spokane Detox indicated Mr. Olds had not been admitted to their facility. He has failed to follow through with the recommended treatment directives.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/09/2013

s/Richard Law

Richard Law
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

Jan 9 2013
Date