PROB 12C
(7/93)

Report Date: January 28, 2013

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JAN 28 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
RICHLAND, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Brady Martin Olds     Case Number: 2:01CR00066-001

Address of Offender:        Spokane, WA  99205

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence:  10/10/2001

| | |
|---|---|
| Original Offense: | Conspiracy to Endanger Human Life with Illegally Manufacturing a Controlled Substance, 21 U.S.C. § 846 |
| Original Sentence: | Prison - 120 Months; TSR - 36 Months |
| Asst. U.S. Attorney: | Pamela J. Byerly |
| Defense Attorney: | Roger Peven |

Type of Supervision:  Supervised Release

Date Supervision Commenced:  4/29/2010

Date Supervision Expires:  4/28/2013

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. |
| | **Supporting Evidence**: On January 25, 2013, Brady Olds departed Sun Ray Court inpatient treatment facility. To date, he has failed to report his change of residence to the U.S. Probation Office. |
| 2 | **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |
| | **Supporting Evidence**: On January 24, 2013, Brady Olds was transported by the undersigned officer to Sun Ray Court inpatient treatment facility. He was to remain at said facility until successful completion of the program. However, the undersigned officer was notified the evening of January 25, 2013, that Mr. Olds had aborted treatment and was no longer at the treatment facility. |

Prob12C
Re: Olds, Brady Martin
January 28, 2013
Page 2

    3    **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

    **Supporting Evidence**: Brady Olds submitted urinalysis specimens that were confirmed positive for methamphetamine on December 27 and 28, 2012; and January 2 and 4, 2013. Furthermore, he failed to report for random uranalysis testing on January 7 and 10, 2013.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 01/28/2013

s/Richard Law

Richard Law
U.S. Probation Officer

---

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

_____
Signature of Judicial Officer

Jan 28, 2013
Date