# United States District Court

## for the

## Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender:  Brady Martin Olds            Case Number:  2:01CR00066-001

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence:  10/10/2001

Original Offense:    Conspiracy to Endanger Human Life with Illegally Manufacturing a Controlled Substance, 21 U.S.C. § 846

Original Sentence:   Prison - 120 Months;         Type of Supervision:  Supervised Release
                     TSR - 36 Months

Asst. U.S. Attorney:  Pamela J. Byerly           Date Supervision Commenced:  4/16/2013

Defense Attorney:     Roger Peven                Date Supervision Expires:  4/15/2015

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | **Standard Condition # 3**: The defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer. |
| | **Supporting Evidence**: On June 20, 2013, Brady Olds was directed by the undersigned officer to contact the U.S. Probation Office upon his release from custody on June 22, 2013. As of this date, he has failed to contact the probation office as directed. |
| 2 | **Standard Condition # 6**: The defendant shall notify the probation officer at least ten days prior to any change in residence or employment. |
| | **Supporting Evidence**: Mr. Olds released from custody on June 22, 2013. Brady Olds was scheduled to commence placement at the North Addison Oxford House on the same date. On June 27, 2013, the undersigned officer contacted the North Addison Oxford House president who advised Mr. Olds failed to report as scheduled. Subsequently, his current whereabouts are unknown. |
| 3 | **Standard Condition # 10**: The defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer. |

       **Supporting Evidence**: Given the fact that Mr. Olds failed to report to the North Addison Oxford House, and has not reported to the U.S. Probation Office where he is currently living, he is failing to avail himself for home contacts to be conducted as required.

4      **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

       **Supporting Evidence**: Brady Olds failed to report to substance abuse counseling as scheduled at ADEPT Assessment Center on June 25, 26, and 27, 2013.

5      **Special Condition # 17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

       **Supporting Evidence**: Brady Olds failed to report for substance abuse testing at ADEPT Assessment Center on June 26, 2013.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

       I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  06/28/2013

s/Richard Law

Richard Law
U.S. Probation Officer

---

THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    Other

s/ Wm. Fremming Nielsen

Signature of Judicial Officer

6/28/2013

Date