PROB 12C
(7/93)

Report Date: November 21, 2013

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 21 2013

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Brady Martin Olds            Case Number: 2:01CR00066-001

Address of Offender:

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: October 10, 2001

Original Offense:   Conspiracy to Endanger Human Life with Illegally Manufacturing a Controlled Substance, 21 U.S.C. § 846

Original Sentence:  Prison 120 months;            Type of Supervision: Supervised Release
                    TSR - 36 months

Asst. U.S. Attorney: Pamela J. Byerly            Date Supervision Commenced: November 8, 2013

Defense Attorney:    Matthew A. Campbell         Date Supervision Expires: July 7, 2015

---

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | **Standard Condition # 2**: The defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month.

**Supporting Evidence**: Mr. Olds reported to the U.S. Probation Office on November 12, 2013, after releasing from a term of incarceration. He was directed to report again on November 18, 2013, at 10:00 a.m. Mr. Olds failed to report as directed, and could not be contacted by telephone.

On November 18, 2013, the undersigned officer attempted to contact Mr. Olds at his listed residence. Mr. Olds was not home, so a card was left on his door, directing him to report by 4:00 p.m. on November 19, 2013. Mr. Olds again failed to report as directed.

2 | **Special Condition # 19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

Prob12C
**Re: Olds, Brady Martin**
**November 21, 2013**
**Page 2**

**Supporting Evidence**: Mr. Olds provided a urine sample on November 12, 2013, which tested presumptive positive for amphetamines. He adamantly denied illegal drug use so the sample was sent to the lab for further analysis.

On November 20, 2013, the results of Mr. Olds' urinalysis test were received from Alere Toxicology. The lab report indicates that the sample Mr. Olds provided was positive for amphetamines, specifically for methamphetamine. The sample was also identified as a dilute specimen, suggesting that Mr. Olds attempted to adulterate his urine sample in order to avoid detection of his drug use.

Mr. Olds was placed on random urinalysis testing on November 13, 2013. On November 20, 2013, Mr. Olds failed to report as directed to provide a urine sample for testing.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   11/21/2013

s/Cassie Lerch

Cassie Lerch
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

NOV 21 2013
Date