PROB 12C
(7/93)

Report Date: November 27, 2013

# United States District Court

for the

# Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

DEC 02 2013

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Brady Martin Olds    Case Number: 2:01CR00066-001

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: October 10, 2001

| | |
|---|---|
| Original Offense: | Conspiracy to Endanger Human Life with Illegally Manufacturing a Controlled Substance, 21 U.S.C. § 846 |
| Original Sentence: | Prison 120 months<br>TSR - 36 months |
| Asst. U.S. Attorney: | Pamela J. Byerly |
| Defense Attorney: | Matthew A. Campbell |

Type of Supervision: Supervised Release

Date Supervision Commenced: November 8, 2013

Date Supervision Expires: July 7, 2015

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 11/21/2013.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

3    **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: On November 21, 2013, at approximately 11:40 p.m., local law enforcement observed a male riding a bicycle on the sidewalk without a helmet or light on the bicycle. Police attempted to stop the male on the bicycle, later identified as Mr. Olds. Despite their commands and attempts to stop Mr. Olds, he proceeded to increase his speed on the bicycle and attempt to eluded police officers. A foot pursuit ensued, and Mr. Olds was apprehended.

When officers were able to apprehend Mr. Olds, they observed him toss a plastic bag from his hand. The plastic bag was secured and the white crystalline substance it contained tested positive for methamphetamine. Mr. Olds was then transported to Spokane County Jail, to be booked on charges of possession of a controlled substance.

Case 2:01-cr-00066-WFN    Document 143    Filed 12/02/13

Prob12C
Re: Olds, Brady Martin
November 27, 2013
Page 2

When jail staff conducted a full search of Mr. Olds' person, they found another plastic bag containing a crystalline substance. This bag was located inside Mr. Olds' sweat pants, tied to the string of the pants. Mr. Olds told jail staff that he knew the baggy was located there. The crystalline substance contained in this plastic bag also tested positive for methamphetamine.

Mr. Olds was charged with obstruction, possession of a controlled substance (methamphetamine), and inmate in possession of a controlled substance (methamphetamine). He was also cited for failure to wear a helmet, no light on his bicycle, riding his bicycle on the sidewalk, and riding the wrong way on a one-way street.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/27/2013

s/Cassie Lerch

Cassie Lerch
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Other

Signature of Judicial Officer

12/2/13

Date