PROB 12B
(7/93)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 1 2 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

# United States District Court

## for the

## Eastern District of Washington

### Request for Modifying the Conditions or Term of Supervision

Name of Offender: Brady Martin Olds                Case Number: 2:01CR00066-WFN-1

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: October 10, 2001       Type of Supervision: Supervised Release

Original Offense: Conspiracy to Endanger Human Life with Illegally Manufacturing a Controlled Substance, 21 U.S.C. § 846

Date Supervision Commenced: June 14, 2014

Original Sentence: Prison - 120 months
                   TSR - 36 Months

Date Supervision Expires: April 18, 2016

## PETITIONING THE COURT

To **remove** the condition of supervision as follows:

21   You shall reside in a residential reentry center (RRC) for a period of up to 180 days. You shall abide by the rules and requirements of the facility and shall participate in programs offered by the facility at the direction of the supervising officer.

## CAUSE

Brady Olds was sentenced at a revocation hearing before Your Honor on January 16, 2014, to 7 months incarceration, and 22 months of supervised release to follow. As a special condition of his supervised release, Mr. Olds was ordered to complete up to 180 days at a residential reentry center (RRC).

Mr. Olds released to the RRC on June 14, 2014. On July 17, 2014, Mr. Olds began full-time employment with a previous employer. Mr. Olds was able to apply for SNAP housing assistance and was approved. His residence was approved by SNAP, and inspected and approved by the undersigned officer.

Due to Mr. Olds obtaining full-time employment and securing a stable and appropriate residence, it is requested that the above-referenced condition be removed. It is the undersigned officer's belief that allowing Mr. Olds to leave the RRC will benefit him in his supervised release and allow the resources at the RRC to be utilized elsewhere.

Prob 12B
**Re: Olds, Brady Martin**
**August 12, 2014**
**Page 2**

|  |  |  |
|---|---|---|
|  |  | Respectfully submitted, |
|  | by | s/Nate J. Uhlorn |
|  |  | Nate J. Uhlorn
U.S. Probation Officer
Date:  August 12, 2014 |

THE COURT ORDERS

[ ]  No Action
[ ]  The Extension of Supervision as Noted Above
[x]  The Modification of Conditions as Noted Above
[ ]  Other

_____
Signature of Judicial Officer

___8/12/14_____
Date