PROB 12C
(7/93)

Report Date: September 10, 2014

## United States District Court

for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 11 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Brady Martin Olds            Case Number: 2:01CR00066-WFN-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: October 10, 2001

Original Offense:       Conspiracy to Endanger Human Life with Illegally Manufacturing a Controlled Substance, 21 U.S.C. § 846

Original Sentence:      Prison 120 M;                  Type of Supervision: Supervised Release
                        TSR - 36 M,
                        Revocation sentence:
                        7 M prison, 22 M TSR

Asst. U.S. Attorney:    Pamela J. Byerly               Date Supervision Commenced: June 14, 2014

Defense Attorney:       Federal Defenders Office       Date Supervision Expires: April 13, 2016

---

### PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number      Nature of Noncompliance

1                     **Mandatory Condition # 4**: The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer.

                      **Supporting Evidence**: On September 8, 2014, Mr. Olds reported to the U.S. Probation Office and admitted to his supervising officer he used methamphetamine from approximately September 3, until September 6, 2014. Mr. Olds signed a drug use admission form indicating use on the referenced dates.

2                     **Special Condition # 16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider.

Prob12C
Re: Olds, Brady Martin
September 10, 2014
Page 2

**Supporting Evidence**: Mr. Olds was recommended to attend three weekly sessions of intensive outpatient treatment by a chemical dependancy professional. The last date Mr. Olds attended treatment was on August 20, 2014. Mr. Olds indicated to the undersigned officer that around the first of September, he absconded to the Coville, Washington, area, admitted he used methamphetamine and continued to miss treatment. As a result of Mr. Olds' continued absence from treatment, he was terminated on September 9, 2014, from the program for noncompliance.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    s/Nate Uhlorn

September 10, 2014

Nate J. Uhlorn
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer

9/11/14
Date