PROB 12C
(7/93)

Report Date: September 16, 2014

## United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 17 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Brady Martin Olds           Case Number: 2:01CR00066-WFN-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: October 10, 2001

| | |
|---|---|
| Original Offense: | Conspiracy to Endanger Human Life with Illegally Manufacturing a Controlled Substance, 21 U.S.C. § 846 |
| Original Sentence: | Prison - 120 months<br>TSR - 36 months |
| Revocation Sentence: | Prison - 7 months<br>TSR - 22 months |

Type of Supervision: Supervised Release

| | | |
|---|---|---|
| Asst. U.S. Attorney: | Pamela J. Byerly | Date Supervision Commenced: June 14, 2014 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: April 13, 2016 |

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/10/2014.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime. |
| | **Supporting Evidence**: On September 10, 2014, a petition for warrant was submitted to the Court regarding Brady Olds and alleged supervised release violations. Your Honor concurred with the request and issued a warrant for the offender's arrest on September 10, 2014. On September 13, 2014, Brady Olds was stopped by a Spokane police officer for failing to signal while changing lanes. At that time, the officer arrested Mr. Olds on the outstanding warrant. Mr. Olds was transported to the Spokane County Jail and was searched before booking. Mr. Olds was found to be in possession of a controlled substance, methamphetamine. He was charged with driving while license suspended (DWLS) and possession of a controlled substance. An arraignment for the controlled substance charge is scheduled for September 29, 2014. A court date has yet to be scheduled for the DWLS charge. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 09/16/2014

s/Nate J. Uhlorn

Nate J. Uhlorn
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[ ] Defendant to appear before the Magistrate Judge.
[ ] Other

Signature of Judicial Officer

9/17/14
Date