PROB 12C
(7/93)

Report Date: October 1, 2014

## United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

OCT 02 2014

SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Brady Martin Olds          Case Number: 2:01CR00066-WFN-1

Address of Offender: ███████████████████████████████

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: October 10, 2001

Original Offense:        Conspiracy to Endanger Human Life with Illegally Manufacturing a Controlled
                         Substance, 21 U.S.C. § 846

Original Sentence:       Prison - 120 months          Type of Supervision: Supervised Release
                         TSR - 36 months
Revocation sentence:     Prison - 7 months
                         TSR - 22 months

Asst. U.S. Attorney:     Pamela J. Byerly             Date Supervision Commenced: June 14, 2014

Defense Attorney:        Matthew A. Campbell          Date Supervision Expires: April 13, 2016

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court on 09/10/2014 and 09/16/2014.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number    Nature of Noncompliance

4                   **Standard Condition # 7**: The defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substance, except as prescribed by a physician.

                    **Supporting Evidence**: On September 13, 2014, Brady Olds was arrested on an outstanding warrant by a Spokane police officer. Mr. Olds was transported to the Spokane County Jail and was searched before booking. Mr. Olds was found to be in possession of a controlled substance, methamphetamine.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    10/01/2014
                _____
                Nate J. Uhlorn
                _____
                Nate J. Uhlorn
                U.S. Probation Officer

Prob12C
Re: Olds, Brady Martin
October 1, 2014
Page 2

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*Rosanna Malouf Peterson*
Signature of Judicial Officer

10/1/2014
Date